UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CORHN,

       Plaintiff,                                  No. 12-13059

v.                                          District Judge Gershwin A. Drain
                                                    Magistrate Judge R. Steven Whalen

BAY COUNTY, ET AL.,

       Defendants.
_____/

## ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff, a *pro se* litigant in this civil rights action brought under 42 U.S.C. §1983, has filed a motion for appointment of counsel [Docket #19].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. At this stage of the proceedings, Plaintiff's request for counsel is premature.

Accordingly, Plaintiff's Motion to Appoint Counsel [Docket #19] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: July 24, 2013                        s/ R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

-2-

I hereby certify that a copy of the foregoing document was sent to parties of record on July 24, 2013, electronically and/or by U.S. mail.

                                              s/Michael Williams
                                              Relief Case Manager for the
                                              Honorable R. Steven Whalen