UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CORHN,

      Plaintiff,                        No. 12-13059

v.                                     District Judge Gershwin A. Drain
                                      Magistrate Judge R. Steven Whalen

BAY COUNTY, ET AL.,

      Defendants.
_____/

**ORDER GRANTING MOTION TO COMPEL [Doc. #23]**

      Before the Court is Defendant Bay County's Motion to Compel Video Deposition fo Plaintiff Dennis Corhn and to Compel Answers to Interrogatories and Requests for Production and to Require Execution of Medical Record Authorizations [Doc. #23]. Plaintiff has not filed a response to this Motion, and in his own Motion to Compel [Doc. #24] states that on July 19, 2013, he answered and mailed the Defendant's interrogatories and document requests.[1] He also states in that pleading that he does not object to a video deposition.

      Accordingly, Defendant's Motion [Doc. #23] is GRANTED. To the extent that Plaintiff has not yet responded to all of the Defendant's interrogatories and document requests, including executing and returning the medical record authorizations, he shall do so within 14 days of the date of this Order.

      Further, pursuant to Fed.R.Civ.P. 30(a)(2), the Defendant Bay County, through its counsel, is hereby granted leave to conduct a deposition of the Plaintiff, Dennis Corhn,

---

[1] Given the vagaries of prison mail, Defendant may not have received the Plaintiff's responses by July 24, when it filed the present motion.

MDOC #611013, at the Oaks Correctional Facility, or any other MDOC facility at which he might be housed. The deposition may be conducted by video conference.

    IT IS SO ORDERED.


Dated: August 8, 2013          s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on August 8, 2013, electronically and/or by U.S. mail.

                                           s/Michael Williams
                                           Case Manager to the
                                           Honorable R. Steven Whalen