UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CORHN,

    Plaintiff,                            No. 12-13059

v.                                      District Judge Gershwin A. Drain
                                       Magistrate Judge R. Steven Whalen

BAY COUNTY, ET AL.,

    Defendants.
                                     /

## ORDER

On August 5, 2013, Plaintiff Dennis Corhn filed a Motion Compelling Discovery [Doc. #24], in which he states that Defendant Bay County has not answered the interrogatories he served on May 8, 2013. The Defendant has not filed a response to this motion. It is therefore deemed unopposed.

Accordingly, Plaintiff's Motion Compelling Discovery [Doc. #24] is GRANTED. Defendant Bay County will provide answers to Plaintiff's interrogatories within 14 days of the date of this Order.

    IT IS SO ORDERED.

Date: September 30, 2013             s/ R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 30, 2013, electronically and/or by U.S. Mail.

                                            s/Michael Willliams
                                            Case Manger for the
                                            Honorable R. Steven Whalen