UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CORHN,

    Plaintiff,

-vs-

No. 12-13059
District Judge Gershwin A. Drain
Magistrate Judge R. Steven Whalen

BAY COUNTY, ET AL.,

    Defendants.

_____ /

## ORDER

On January 2, 2014, Plaintiff filed a Motion for Leave to File Third Amended Complaint [Doc. #49]. This pleading appears to have been photocopied badly, and is completely illegible.

Accordingly, Plaintiff shall, within 21 days of the date of this Order, file a legible copy of his motion. His failure to do so will result in an order denying the motion.

IT IS SO ORDERED.

Dated: January 8, 2014

    s/ R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 8, 2014, electronically and/or by U.S. mail.

    s/Michael Williams
    Case Manager to the
    Honorable R. Steven Whalen