UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CORHN,

       Plaintiff,                            No. 12-13059

v.                                      District Judge Gershwin A. Drain
                                        Magistrate Judge R. Steven Whalen

BAY COUNTY, ET AL.,

       Defendants.
_____/

**ORDER**

      Plaintiff's Motion for Leave to File Third Amended Complaint [Doc. #53] and Defendant Bay County's Motion to Strike Plaintiff's Third Amended Complaint [Doc. #56] are hereby HELD IN ABEYANCE pending final disposition of Defendant Bay County's Motion for Summary Judgment [Doc. #43].

      IT IS SO ORDERED.

Dated: February 21, 2014          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 21, 2014, electronically and/or by U.S. mail.

                                                s/Michael Williams
                                                Case Manager to the
                                                Honorable R. Steven Whalen