UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CORHN,

    Plaintiff,               No. 12-13059

v.                           District Judge Gershwin A. Drain
                             Magistrate Judge R. Steven Whalen

BAY COUNTY, ET AL.,

    Defendants.
_____/

**ORDER**

      Before the Court is Defendant Bay County's Motion to Strike Plaintiff's Response to Defendant's Reply [Doc. #59].

      On November 15,2013, Defendants filed a Motion for Summary Judgment [Doc. #43]. On January 2, 2014, Plaintiff filed a response [Doc. #50]. On January 16, 2014, Defendants filed a reply [Doc. #52]. On February 12, 2014, Plaintiff filed a "Response to Defendants' Reply" [Doc. #58]. It is this last pleading that Defendants ask to be stricken.

      E.D. Mich. L.R. 7.1(c)(3) provides as follows:

> "A party must obtain leave of court to file more than one response to a motion for summary judgment. For example, a challenge to several arguments raised in a motion for summary judgment generally must be in a single response."

      Plaintiff has not sought leave of the Court to file a second response. Nor has he shown cause to do so. Accordingly,

-1-

Defendant Bay County's Motion to Strike Plaintiff's Response to Defendant's Reply [Doc. #59] is GRANTED.

Plaintiff's Response to Defendant's Reply [Doc. #58] is STRICKEN.

IT IS SO ORDERED.

s/R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2014

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 24, 2014, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla<br>
Case Manager to the<br>
Honorable R. Steven Whalen